

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Erica D. Kivitz*
*Direct Dial: (215) 861-8308*
*Facsimile: (215) 861- 8618*
*E-mail Address: erica.kivitz@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

September 28, 2023

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    United States v. Obasi Tahir Lightbourne
             Criminal No. 23-412

Dear Clerk:

Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on September 14, 2023.

                      Very truly yours,

                      JACQUELINE C. ROMERO
                      United States Attorney

                      /s/ Erica D. Kivitz
                      ERICA D. KIVITZ
                      Assistant United States Attorney